# EXHIBIT 3

FirePro. ▼

# Global Distribution

Our global distribution network of FirePro channel partners has the resources and technical expertise to serve more than 110 countries with speed and quality.



**FirePro**

Technology　　Environment　　Compliance　　Distributors　　Products　　Industries
Case Studies　　News　　About Us　　Contact　　▼

## Hisham Harake

Contact Partner

---

## Rick Bosclair

Contact Partner

Back to Americas

# Learn More

First Name *

Last Name *

Work Email *

Company *

Phone Number *

Job Title *

Country *



HOCHIKI | FIRE PROTECTION EQUIPMENT AND SYSTEMS  >  CONTACT SALES

# CONTACT SALES

## FIRE ALARM & FIRE SUPPRESSION SALES FOR U.S.A.

| WESTERN | SOUTHERN | MIDWEST | SOUTHEAST | NORTHEAST | PACIFIC |
|---|---|---|---|---|---|
| REGIONAL MANAGER | REGIONAL MANAGER | REGIONAL MANAGER | REGIONAL MANAGER | REGIONAL MANAGER | DIRECTOR OF SALES |
| **TONY LUJAN** | **BO WOODS** | **STEVEN C. BAILEY** | **KIMBERLY SMITH-REEVES** | **ROGER C. KOCHIS** | **TOM DENNIS** |
| TLUJAN@HOCHIKI.COM | BWOODS@HOCHIKI.COM | SBAILEY@HOCHIKI.COM | KREEVES@HOCHIKI.COM | RKOCHIS@HOCHIKI.COM | TDENNIS@HOCHIKI.COM |
| TEL: (714) 350-5503 | TEL: (714) 595-1722 | TEL: (714) 388-8113 | TEL: (657) 255-0171 | TEL: (714) 869-4090 | TEL: (714) 670-3205 |



FOR OEM BUSINESS AND NATIONAL ACCOUNTS PLEASE CONTACT:

**RICK BOISCLAIR**
OEM BUSINESS DEVELOPMENT MANAGER
(714) 878 - 8571

# FIRE ALARM & FIRE SUPPRESSION SALES FOR MEXICO AND LATIN AMERICA



**Hochiki Corporation Overseas Division**

2-10-43, Kamiosaki, Shinagawa-Ku

Tokyo, 141-8660 Japan

Tel:  81-3-3444-4116

Fax: 81-3-3444-4167

web: www.hochiki.co.jp

**Hochiki Europe (U.K.) Limited**

Grosvenor Road, Gillingham Business Park

Gillingham, Kent ME8 0SA England

Tel:  44-1634-26-0131

Fax: 44-1634-26-0132

Web: www.hochikieurope.com

**Hochiki Fire Prevention Technology Corporation**

801 Golden Tower

No. 1 Xibahe South Road, Chaoyang District

Beijing 100028 People's Republic of China

Tel:  86-10-6440-3060

Fax: 86-10-6440-3110

**Hochiki Australia Pty Ltd.**

Unit 3-165, Rockwood Road, Yagoona,

NSW 2199, Australia

Tel:  61-2-9790-3177

Fax: 61-2-9790-0227

Web: www.hochikiaustralia.com

**VES LLC**

620 Allendale Road,

King of Prussia, PA, 19406

Tel:  800-270-3066

Fax: 610-992-3380

Web: www.ves-network.com



**Hochiki Asia Pacific Pte. Ltd.**

82 Ubi Ave 4, #06-02,

Edward Boustead Centre,

Singapore 408832

Tel:  65-6841-9728

Fax: 65-6841-9781

Web: www.hochikiasiapacific.com/


**Hochiki Middle East FZE**

Office No. C-205, HQ Building

Dubai Silicon Oasis

PO Box 341415

Dubai

UAE

Tel:  +971 4372 4130

Fax: +971 4372 4131

Web: www.hochiki.ae.com



**Hochiki Corporation Taiwan Branch Office**

5th Floor, No. 46, Chung Shan North Road

Section 2, Taipei, Taiwan, Republic of China

Tel: 886-2-2521-9690

Fax: 886-2-2521-9527

**Kentec Electronics Ltd.**

Units 25-27 Fawkes Avenue,

Questor, Dartford,

Kent, DA1 1JQ

United Kingdom

Tel: 44 (0) 1322 222121

Fax: 44 (0) 1322 291794

Web: www.kentec.co.uk