# EXHIBIT 4

# FP-20



### ■ FP-20T
**Product Code:** 10620
**Product Description:**
- FirePro Fire Extinguishing Generator FP-20T

**Features:**
- UL, KIWA & BSI Certified

### ■ FP-20TH
**Product Code:** 10649
**Product Description:**
- FirePro Fire Extinguishing Generator FP-20TH

**Features:**
- KIWA & BSI Certified

## TECHNICAL INFORMATION

| Model | FP-20T / FP-20TH |
|---|---|
| Activation method | • Electrical (FP-20T)<br>• Thermal  (FP-20TH) |
| Weight (gross) | 310g (excluding bracket) |
| Mass of FPC compound | 20 g |
| Operational discharge time | 5 - 10 seconds |
| Dimensions (Diameter : Height) | 32 mm : 180 mm (incl. connector housing) |
| Fire class | EN 2: A, B, C, F  -  NFPA 10: A, B, C |

  

Generators are provided complete with brackets

Product Catalogue **FirePro.**

A8                                                                                                                                                    A9

# FP-100 EX



## ■ FP-100 EX

**Product Code:** 11028
**Product Description:**
- FirePro Fire Extinguishing Generator FP-100 EX

**Features:**
- ATEX Certified
  - II 1G Ex s IIC T3 Ga
  - II 1D Ex s IIIC T200ºC Da
  - I M1 Ex s T450ºC Ma

## TECHNICAL INFORMATION

| Model | FP-100 EX |
|---|---|
| Activation method | Electrical |
| Weight (gross) | 1,830g (excluding bracket) |
| Mass of FPC compound | 100g |
| Operational discharge time | 5 - 10 seconds |
| Dimensions (Diameter : Height) | 84 mm : 170 mm (incl. connector housing) |
| Fire class | EN 2: A, B, C, F |

Generators are provided complete with brackets

