IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NANO FIRE LLC, | ) |
|       Plaintiff, | ) |
| v. | ) Case No.: 2:23-cv-03562-BRM-CLW |
| HALMA PLC, HALMA HOLDINGS INC., FIREPRO SYSTEMS LTD. and HOCHIKI AMERICA CORPORATION, | ) CERTIFICATION OF JACE WILLIAMS IN SUPPORT OF APPLICATION FOR PRO HAC VICE ADMISSION |
|       Defendants. | ) |

I, Jace Williams, hereby certify as follows:

    1. I am an attorney with the law firm of Womble Bond Dickinson (US) LLP, attorneys for Defendants Halma PLC, Halma Holdings Inc., and FirePro Systems Ltd. (collectively, "Defendants") in the above-captioned matter. I am fully familiar with the facts and circumstances surrounding this litigation, and I submit this Certification in support of Defendant's application for my admission *pro hac vice* pursuant to Local Civil Rule 101.1(c).

    2. Attached hereto as **Exhibit A** is a true and correct Certificate of Good Standing from the United States District Court for the Northern District of Georgia evidencing that I have been a member of the bar of that court of the United States since December 29, 2021. Attached hereto as **Exhibit B** is a list of the Courts I am a member in good standing of, including the year of admission and, to the best of my knowledge, the name and address of the official or office maintaining the roll of such member of its bar.

    3. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction. I understand my continuing obligation to advise the Court of any disciplinary proceedings that may be instituted against me.

WBD (US) 63901605

4. I am ineligible for plenary admission to the bar of this Court under Local Civil Rule 101.1(b).

5. Pursuant to the rules of this Court, all papers filed on behalf of Defendants in this action will be signed by Rhonda Payne Harmon or another member of Womble Bond Dickinson (US) LLP who is a member in good standing of the bars of the State of New Jersey and the United States District Court.

6. I agree to strictly observe the dates fixed for scheduling conferences, motions, pretrial conferences, trial or any other proceedings. I further agree to submit to the disciplinary jurisdiction of this Court.

7. Pursuant to Local Civil Rule 101.1(c)(2), I agree to pay the annual fee required by the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2(a).

8. Pursuant to Local Civil Rule 101.1(c)(3), I agree to make the required payment to the Clerk, United States District Court.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: December 5, 2023                Respectfully submitted,

/s/ _____
Jace Williams
Georgia Bar No.: 965608
Email: Jace.Williams@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
271 17th Street, NW, Suite 2400
Atlanta, GA 30363
Telephone: (404) 879-2435