UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NANO FIRE LLC,<br><br>                Plaintiff,<br><br>vs.<br><br>HALMA PLC, HALMA HOLDINGS INC., FIREPRO SYSTEMS LTD and HOCHIKI AMERICA CORPORATION,<br><br>                Defendants. | Case No.: 2:23-cv-3562-BRM-CLW<br><br>**ORDER GRANTING DANIEL E. VALENCIA PERMISSION TO APPEAR** *PRO HAC VICE* |

**THIS MATTER**, having been opened to the Court by DLA Piper LLP (US), attorneys for Defendants Halma plc, Halma Holdings Inc., and FirePro Systems Ltd. ("Defendants"), by way of a Motion for an Order granting Daniel E. Valencia permission to appear and participate *pro hac vice*, and the Court having considered the moving papers, and there being no opposition thereto, this matter being considered and for good cause shown:

**IT IS** on this 28th day of March, 2024 **ORDERED** that Daniel E. Valencia, a member of the Bar of the District of Columbia, be permitted to appear *pro hac vice* for the purpose of representing Defendants in this matter pursuant to Local Civil Rule 101.1; and

**IT IS FURTHER ORDERED** that Stephen C. Matthews continues to represent Defendants as counsel of record in this matter and shall be responsible for the conduct of the attorney admitted hereby; and

**IT IS FURTHER ORDERED** that Daniel E. Valencia shall make a payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a); and

**IT IS FURTHER ORDERED** that Daniel E. Valencia shall make payment of $250.00 to the Clerk of the Court as required by L. Civ. R. 101.1(c)(3); and

**IT IS FURTHER ORDERED** that Daniel E. Valencia shall be bound by the Local Civil Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, *Judicial Ethics and Professional Responsibility,* and L. Civ. R. 104.1, *Discipline of Attorneys.*

*s/ Cathy L. Waldor*
Cathy L. Waldor
United States Magistrate Judge
