# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NANO FIRE LLC, | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) |
| | ) |
| HALMA PLC, HALMA HOLDINGS INC., FIREPRO SYSTEMS LTD. and HOCHIKI AMERICA CORPORATION, | ) C.A. No. 2:23-cv-03562-BRM-CLW ) **JURY TRIAL DEMANDED** ) ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

Before the Court is Defendant Hochiki America Corporation's Unopposed Motion for Stay of Proceedings Pursuant to 28 U.S.C. § 1659. Having considered the Motion, the Court is of the opinion the Motion should be and hereby is **GRANTED**.

It is **ORDERED** that this Action is Stayed as to Defendant Hochiki America Corporation pursuant to 28 U.S.C. § 1659 until:

1. the determination of the related International Trade Commission (the "Commission") Section 337 investigation becomes final, including exhaustion of all appeals;

2. the Commission proceedings are no longer subject to judicial review; and

3. either the Moving Defendants or Plaintiff Nano Fire LLC request that this matter be reinstated to the active docket.

So ORDERED and SIGNED this 1st day of April, 2024.

*s/ Cathy L. Waldor*
Cathy L. Waldor, U.S.M.J.
