**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHY L. WALDOR**<br>**UNITED STATES MAGISTRATE JUDGE** | **MARTIN LUTHER KING COURTHOUSE**<br>**50 WALNUT ST.**<br>**ROOM 4040**<br>**NEWARK, NJ 07101**<br>**973-776-7862** |

## LETTER ORDER

April 1, 2025

*All counsel of record via ECF*

**Re:** **Nano Fire LLC v. Halma PLC, et al.**
  **Civil Action No. 2:23-3562 (BRM) (CLW)**

Litigants:

   This Order will address the status of this case. On January 24, 2025, the Hon. Brian R. Martinotti entered an Order administratively terminating this action, pending consummation of settlement. (ECF No. 56). On March 24, 2025, Michael J. Cohen wrote to the Court to advise that his firm, Winne Banta Basralian & Kahn, had been engaged as local counsel by Plaintiff and that settlement could not be consumed at this time. (ECF No. 58). This Court held a Zoom status conference with the parties on March 26, 2025. For the reasons discussed during the Zoom conference, this case shall be re-opened and placed back on the active calendar. **Accordingly, the Clerk of Court is directed to re-open this case.**

   In addition, the parties shall meet and confer, and submit a revised scheduling order on or before **April 30, 2025**. The Court will hold an in-person settlement conference on **June 17, 2025 at 10:30 a.m.** All persons, including trial counsel and clients with settlement authority, must be present. Parties are also required to submit a five (5) page confidential settlement memorandum to chambers via email to CLW_Orders@njd.uscourts.gov at least five (5) business days prior to conference.

*s/ Cathy L. Waldor*
**Hon. Cathy L. Waldor**
**United States Magistrate Judge**

cc:   Hon. Brian R. Martinotti, U.S.D.J.