UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NANO FIRE LLC,<br><br>    Plaintiff,<br>v.<br><br>HALMA PLC, HALMA HOLDINGS INC., FIREPRO SYSTEMS LTD. and HOCHIKI AMERICA CORPORATION,<br><br>    Defendants. | Case No.: 2:23-cv-03562-BRM- CLW<br><br>**ORDER** |

  **THIS MATTER** having been opened to the Court by Winne, Banta, Basralian & Kahn, P.C. and Bell Law Group PLLC, counsel *pro hac vice*, on behalf of Plaintiff, Nano Fire LLC, by way of a motion, pursuant L. Civ. R. 7.1 and Fed. R. Civ. P. 16, for authorization to include in the Parties' Second Proposed Pretrial Scheduling Order (to be filed) a deadline by which Plaintiff Nano Fire LLC shall serve its amended asserted patent claims and its amended infringement contentions on Defendants, Halma PLC, Halma Holdings Inc., Firepro Systems Ltd. and Hochiki America Corporation, pursuant to NJ Patent Rule 3.7, and the Court having considered the parties' submissions and arguments in support of and in opposition to the motion (ECF Nos. 77, 78); and the Court having heard the parties' respective positions on a status teleconference on June 23, 2025; and for good cause shown,

  **IT IS** on this **25th day of June, 2025,**

**ORDERED** that Plaintiff Nano Fire LLC's motion for Authorization to Include Deadline to Amend Patent Infringement Contentions in Parties' Proposed Scheduling Order, (ECF No. 77), is hereby **GRANTED**.

**ORDERED** that the parties shall meet-and-confer, and submit a revised pretrial scheduling order for the Court's consideration on or before **July 3, 2025.**

*s/ Cathy L. Waldor*
HON. CATHY L. WALDOR, U.S.M.J.